IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00482-MSK-BNB

NORTHMARQ CAPITAL, INC., a Minnesota corporation,

    Plaintiff,

v.

HORIZON BAY MANAGEMENT, LLC, a Colorado limited liability company,
BOULDER MERIDIAN, LP, a Delaware limited partnership,
ARVADA MERIDIAN, LP, a Delaware limited partnership,
ENGLEWOOD MERIDIAN, LP, a Delaware limited partnership,
LAKEWOOD MERIDIAN, LP, a Delaware limited partnership,
WESTLAND MERIDIAN, LP, a Delaware limited partnership, and
TEMPLE MERIDIAN, LP, a Delaware limited partnership,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 22nd day of March, 2006

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*

                                              Marcia S. Krieger
                                              United States District Judge